UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq.
Fitzgerald & Associates, P.C.
649 Newark Ave.
Jersey City, NJ 07306

In Re:

Shamhan Shah,

Debtor.

Case No.:         _____17-24300_____

Judge:            _____Sherwood____

Chapter:                13

### CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by _____US Bank, Denise Carlon, Esq. _____ , creditor,

    A hearing has been scheduled for _____December 14, 2017_____, at ____11am___.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

I had the property listed with a realtor who told me that he had a buyer. However, after submitting the contract, I do not know what happened in terms of the short sale approval. I have been trying to meet with him with no success. At this time, would like additional time to change realtors. I signed a listing agreement with him and was locked into working with him. However, since he has failed to communicate with me. I am going to fire him and ask him for a release from the listing agreement.

I am making adequate protection payments to the lender starting in December 2017. My employment was really unstable the past year, but now I have a job with a stable doctor's office and I can make the payments.

My property is worth $435K from the appraisal I had. The negative equity in the property is deminimis.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 11/6/17

Debtor=s Signature

Date: _____

Debtor=s Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to