STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: December 1, 2017

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Shabnam D. Shah

Case No.: 17-24300

Judge: Sherwood

Debtor(s)

### Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: December 6, 2017

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JKC      Initial Debtor: [signature]      Initial Co-Debtor: _____

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay $ __106.00**__ per __month__ to the Chapter 13 Trustee, starting on __January 1, 2018__ for approximately __56__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☒ Sale of real property
Description: 31 Legend Hills Dr., Edgewater NJ 07020
Proposed date for completion: __December 2018__

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

Debtor has paid into plan, $343 a month from August 1, 2017 to December, 1, 2017. Payment to be reduced temporarily starting January 1, 2018 as a result of Debtor's unemployment. Payments will be adjusted back up to fund plan when Debtor is employed again.

**Part 2: Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,125 |
| DOMESTIC SUPPORT OBLIGATION | None | |
| Internal Revenue Service | Income Taxes | $5,973.96 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4: Secured Claims**

a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Specialized Loan Servicing | 31 Legend Hills Dr., Edgewater, NJ 07020 (Mortgage) | $85,350 | 0.00 | to be paid through the sale of the collateral | to be paid through the sale of the collateral |
| Legend Hills Condo Association | 31 Legend Hills Dr., Edgewater, NJ 07020 (Home Owner's | $4,419.88 | 0.00 | $4,419.88 | $268.37 |

b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ NONE

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan:** ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| State of New Jersey Division of Taxation | 31 Legend Hills Dr., Edgewater | $1,397.22 |

### Part 5:    Unsecured Claims ☒ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified** unsecured claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Bruce Elia, Jr. Keller William Realty Group | n/a | listing agreement for sale of property | REJECTED | n/a |

**Part 7:    Motions  ☒ NONE**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative
3) Secured
4) Priority/Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____ July 19, 2017 _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Treat claims and reduce the debtor's monthly payment temporarily; reject contract with realtor, Bruce Elia, Jr. | Internal revenue as a priority claim; state of new jersey taxation added as a secured claim, HOA assocatio, Legend Hills, added to cure section, payment reduced to $106 staring January 1, 2018 |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 12/29/17                                             _____
                                                           Attorney for the Debtor

Date: 12/29/17                                             _____
                                                           Debtor

Date: _____                                    _____
                                                           Joint Debtor

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 12/29/17

_[signature]_
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 12/29/17

_[signature]_
Debtor

Date: _____

_____
Joint Debtor

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-24300-JKS
Shabnam D Shah                                                Chapter 13
         Debtor

                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jan 05, 2018
                              Form ID: pdf901             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Shabnam D Shah,    31 Legend Hills Dr,    Edgewater, NJ 07020-2124
aty            +Kimberly Bailey Borek,    163 Cranbury Rd.,    Ste. 101,    Princeton Junction, NJ 08550-1246
516942593       Advanced Collections, Inc,    Po Box 6031,    Clifton, NJ 07015-6031
516942594       Asset Maximization Group, Inc,    Debt Collection Agency,    Po Box 190191,
                 South Richmond Hill, NY 11419-0191
516942595       B&B Collections Inc,    PO Box 2137,    Toms River, NJ 08754-2137
516942596       Borough of Edgewater Ambulance,    Po Box 207,    Allentown, PA 18105-0207
516942598      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
516942599       Celentano, Stadtmauer & Walentowicz, LLP,    Attorneys at Law,    1035 Route 46 East,
                 PO Box 2594,    Clifton, NJ 07015-2594
516942600      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
516942601      +Clinical Neurophysiology & Epilepsy,    725 River Road Suite 55,    Edgewater, NJ 07020-1121
516942602      +Comenity Bank/Pier 1,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516942603      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
516942604       East Bergen Imaging LLC,    PO Box 3221,    Indianapolis, IN 46206-3221
516942605      +Emergency Physicians of Englewood, PC,    PO Box 3266,    Indianapolis, IN 46206-3266
517163727      +Englewood Hospital & Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                 1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
516942607      +Englewood Hospital and Medical Center,    Po Box 48304,    Newark, NJ 07101-8504
516942606      +Englewood Hospital and Medical Center,    350 Engle Street,    Englewood, NJ 07631-1898
516942608      +Englewood Pathologist PA,    Po Box 3245,    Indianapolis, IN 46206-3245
516942609      +Foremost Management Corporation,    1 E Central Blvd,    Palisades Park, NJ 07650-1708
516942610      +Fusion Diagnostics Laboratorie,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
516942611       Internal Revenue Service,    PO Box 931000,    Louisville, KY 40293-1000
516978795      +Legend Hills Condo Assoc.,    Attn: Kimberly Bailey Borek,    163 Cranbury Rd. Ste. 101,
                 Princeton Junction, NJ 08550-1246
516942612      +Lidia Shajenko, MD,    725 River Rd Suite 55,    Edgewater, NJ 07020-1121
516942613      +MGI Financial Services, LLC,    PO Box 1326,    South Plainfield, NJ 07080-7320
516942614      +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    Po Box 5054,
                 Mount Laurel, NJ 08054-5054
516942615       RMB, Inc,    Attn: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516942617      +RWJ Rahway Workplace & Ambulatory Med,    Po Box 780651,    Philadelphia, PA 19178-0651
516942619      +RWJUH Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
516942616      +Robert Wood Johnson University at Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517126711     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516942620      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516991744      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516942623       Virtual Radiologic Corporation,    PO Box 371863,    Pittsburgh, PA 15250-7863
516942624      +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
517087911       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:02:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516942597      +E-mail/Text: clientrep@capitalcollects.com Jan 05 2018 23:03:55      Capital Collections,
                 Po Box 150,    West Berlin, NJ 08091-0150
516991235      +E-mail/Text: cio.bncmail@irs.gov Jan 05 2018 23:02:41      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517107867       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 05 2018 23:17:40
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
517127924       E-mail/Text: bnc-quantum@quantum3group.com Jan 05 2018 23:02:55
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
516942618      +E-mail/Text: rwjebn@rwjbh.org Jan 05 2018 23:03:47      RWJUH Rahway,    PO Box 1515,
                 Elizabeth, NJ 07207-1515
516942622      +E-mail/Text: bankruptcydepartment@tsico.com Jan 05 2018 23:03:38      Transworld Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2018
                             Form ID: pdf901          Total Noticed: 43

516942621*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:   State of New Jersey,    Division of Taxation,
                Federal Offset Program,    PO Box 283,    Trenton, NJ 08695-0283)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Shabnam D Shah jeneeciccarelli.fitzlaw@gmail.com,
               nadiafinancial@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Shabnam D Shah nickfitz.law@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```