BOREK & DIALLO, LLC
F/K/A LAW OFFICE OF
KIMBERLY BAILEY BOREK, LLC
163 Cranbury Road, Suite 200
Princeton Junction, New Jersey 08550
Claire M. Diallo, Esq., Atty ID 025042010
Attorneys for Legend Hills Condominium
Association, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 PROCEEDING |
| | : | CASE NO. 17-24300--JKS |
| SHABNAM D. SHAH, | | |
| | : | Hon. John K. Sherwood, U.S.B.J. |
| Debtor. | : | OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN |
| | : | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Legend Hills Condominium Association, Inc. ("Association"), Secured Creditor, by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan for the following reasons:

1. Debtor Shabnam D. Shah ("Debtor") resides at 31 Legend Hills Drive, Edgewater, New Jersey, which is a condominium unit located in the Association ("Condominium Unit").

2. The Association filed before the deadline for doing so a proof of claim for pre-petition maintenance and related fees in the amount of $4,419.88.

3. At that time, Debtor was required to pay the Association its monthly maintenance fees of $268.37 per month. Debtor included in her initial Plan the payment of the pre-petition

debt to the Association, and also included the obligation to pay the post-petition maintenance fees outside of the Plan.

4. The Debtor filed a Modification of her Plan, dated December 6, 2017, stating that her circumstances had changed and that she was unemployed and proposed that her payments to the Trustee be reduced from $343.00 per month to $108.00 per month. She also proposed that the lender receive full pre- and post-petition money due at the time she decides to sell the unit, and she requests that she have until December 2018 to do so.

5. The Debtor has not been current on the payment of her post-petition maintenance fees to the Association, and as of January 1, 2018, the Debtor owes $567.56 in these fees. As of January 18, 2018, the Debtor had not yet paid her January fees. The last payment from the Debtor was in November of 2017, but it was returned for insufficient funds. A copy of her post-petition account history is attached hereto as **Exhibit "A"**.

6. Debtor's modification to her Plan provides that she will pay post-petition maintenance fees to the Association, as required pursuant to 11 U.S.C. § 523(a)(16). The Debtor, however, is behind in same and if she is now unemployed, it is unclear how these fees will be paid. The Debtor has not made any payments to the Association outside of the plan since November 2017, and the last payment made, which is posted on the account on November 24, 2017, was returned for insufficient funds.

7. The Debtor is not employed, has not been able to pay her post-petition maintenance fees and yet, wants to continue owning and presumably living in the Condominium Unit until December 2018 since she has requested an extension until that time to sell the Condominium Unit. Debtor cannot provide any assurances that the property will be sold by that time; this is too speculative to confirm compliance with the plan, which is required by 11 U.S.C.

1325(a)(6). *See also Ewald v. Nat'l City Mortg. Co. (In re Ewald)*, 298 B.R. 76 (Bankr. E.D. Va. 2002) (holding that in evaluating the ability to comply with the plan, the court must consider whether it is feasible or too speculative, and whether it has a "reasonable likelihood of success.") (citation omitted). In the original Plan, filed in July 2017, the Debtor proposed to sell the property by December 13, 2017, and obviously those efforts were not successful. This does not provide confidence or any assurances as to when the Condominium Unit will be sold, including any efforts being made to do so, and/or if a short sale agreement can be reached. It seems clear that every month that goes by means the amount due to the lender will only increase, making short sale efforts more difficult as time passes.

8. In addition, the Debtor's current unemployed status demonstrates that Debtor's ability to comply with the plan's payments is not feasible. This is in direct contrast to Debtor's assertions in November of 2017, when the Debtor indicated that she had obtained stable employment in a doctor's office in Debtor's Certification in Opposition. *Compare* Doc. #20 *with* Docs. #23, 27.

9. Pursuant to 11 U.S.C. § 523(a)(16), even if Debtor obtains a discharge pursuant to 11 U.S.C. §1328(b), the Debtor has an obligation to pay post-petition maintenance fees to the Association. The Debtor is in arrears on these post-petition maintenance fees and based upon her unemployed status, has not indicated the manner in which they will be paid.

10. For the reasons set forth herein, the Association objects to the Debtor's Plan.

WHEREFORE the Association respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Modified Plan, and for such other and further relief as the Court may deem just and proper.

By: _/s/ Claire M. Diallo_
Claire M. Diallo, Esq.
BOREK & DIALLO, LLC
163 Cranbury Road, Suite 200
Princeton Junction, NJ 08550
Telephone number: 609.642.2633
NJ Bar Number: 025042010

Email:cdiallo@kbblawoffice.com

ATTORNEY FOR LEGEND HILLS
CONDOMINIUM ASSOCIATION, INC.

legend hills\shah\objection to debtor modified plan

| | | | | | | | Page | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | **Tenant Profile** | | | | Printed | 1/18/2018 |
| Building LEG3 | | | **LEGEND HILLS BLDG. 3** | | | | Menu ID | TP |
| LEGEND HILLS CONDO ASSN INC. | | | For the Periods October 2017 thru January 2018 | | | | | |
| 31-50 LEGEND HILLS DRIVE | | | | | | | | |
| EDGEWATER, NJ 07020 | | | | | | | | |

| Unit | SHAH, SHABNAM |
|---|---|
| 31 | POST-BANKRUPTCY A/C |

| Current Balance Due | 567.56 | |
|---|---|---|
| Last Paid | $268.37 | 11/24/2017 |

### Miscellaneous Tenant Info

| | | | |
|---|---|---|---|
| Move In: | 7/14/2017 | Security Deposit | 0.00 |
| Vacate | | Key Deposit | 0.00 |
| Lease Starts | | Social Security | XXX-XX-XXXX |
| Lease Expires | | No. of Shares: | 1.754000 |

### Unit Info

| | |
|---|---|
| Room Count | Sq. Ft. |
| Floor # | Sq. Ft. % |
| URSO/SCARPELLI TO SHAH | |

### Unit Address

31 LEGEND HILLS DRIVE
EDGEWATER, NJ 07020

### Tenant Notes

Chapter 13 Bankruptcy 7/14/17 - Must pay current monthly amount every month. Pre-bankruptcy account will be paid through the attorney/bankruptcy court.

### Billing Address

SHABNAM SHAH
31 LEGEND HILLS DRIVE
EDGEWATER, NJ 07020

| Total Balance Due as of 01/18/18 | | | 567.56 |
|---|---|---|---|
| Billing Period | Chge Code | Charge Description | Balance |
| 01/01/18 | 13 | MAINT. FEE | 268.37 |
| 12/01/17 | 13 | MAINT. FEE | 268.37 |
| 12/01/17 | 106 | INTEREST CHG | 5.82 |
| 11/01/17 | 9 | INSUFF CHK CHG | 25.00 |
| **Balances by Charge Code** | | | |
| | 13 | MAINT. FEE | 536.74 |
| | 106 | INTEREST CHG | 5.82 |
| | 9 | INSUFF CHK CHG | 25.00 |

### Contact Info

Home Phone (973)943-3792
Office Phone
Fax
Cell Phone
Email
Shami510@gmail.com

### Status Codes

| Billing Period | Batch Number | Trans Type | Tans Date | Charge Code | Charge Description | Billings & Adjustments | Check Number | Paid | Running Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Period Of 10/01/17** | | | | | | | | | |
| Open Bal | | OPEN | 10/01/17 | | | | | | -81.26 |
| 10/01/17 | 27260 | ADJ | 10/01/17 | 13 | MAINT. FEE | 268.37 | | | 187.11 |
| **Period Of 11/01/17** | | | | | | | | | |
| | | | | | | | | | 455.48 |
| 11/01/17 | SYS | BILL | 11/01/17 | 13 | MAINT. FEE | 268.37 | | | 474.78 |
| 11/01/17 | 28153 | ADJ | 11/14/17 | 12 | LEGAL FEES | 19.30 | | | 499.78 |
| 11/01/17 | 28462 | ADJ | 11/29/17 | 9 | INSUFF CHK CHG | 25.00 | | | 44.30 |
| | 28040 | PAID | 11/09/17 | | | | 000100413708 | 455.48 | -224.07 |
| | 28337 | PAID | 11/24/17 | | | | 000100890474 | 268.37 | 44.30 |
| | 28462 | NSF | 11/29/17 | | | | 000100890474 | -268.37 | 44.30 |
| **Period Of 12/01/17** | | | | | | | | | |
| 12/01/17 | SYS | BILL | 12/01/17 | 13 | MAINT. FEE | 268.37 | | | 312.67 |
| 12/01/17 | 29076 | ADJ | 12/18/17 | 12 | LEGAL FEES | 75.00 | | | 387.67 |
| 12/01/17 | 29089 | ADJ | 12/18/17 | 106 | INTEREST CHG | 5.82 | | | 393.49 |
| 12/01/17 | 29164 | ADJ | 12/19/17 | 12 | LEGAL FEES | -75.00 | | | 318.49 |
| 11/01/17 | 29164 | ADJ | 12/19/17 | 12 | LEGAL FEES | -19.30 | | | 299.19 |
| **Period Of 01/01/18** | | | | | | | | | |
| 01/01/18 | SYS | BILL | 01/01/18 | 13 | MAINT. FEE | 268.37 | | | 567.56 |

**EXHIBIT A**