**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Jenee K. Ciccarelli
Jenee K. Ciccarelli, Esq.
111 Northfield Ave., Suite 208A
West Orange, New Jersey 07054
Phone 973-737-9060
Fax 866-548-7420
jenee@ciccarellilegal.com
Attorney for Debtors

**Order Filed on March 8, 2018 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Shabham Shah,

Debtor.

Case No.: ____17-24300_____

Chapter: ____13_____

Judge: ___Sherwood___

# ORDER AUTHORIZING RETENTION OF

_____Panthera Realty_____

The relief set forth on the following page is **ORDERED**.

**DATED: March 8, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Panthera Realty_____ as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   _____100 Challenger Rd., Suite 307_____
   _____Bergenfield, NJ 07660_____
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Shabnam D Shah  
    Debtor

Case No. 17-24300-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 08, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.  
db          +Shabnam D Shah,   31 Legend Hills Dr,   Edgewater, NJ 07020-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jenee K. Ciccarelli    on behalf of Debtor Shabnam D Shah jeneeciccarelli.fitzlaw@gmail.com, nadiafinancial@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas Fitzgerald    on behalf of Debtor Shabnam D Shah nickfitz.law@gmail.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                               TOTAL: 7