Jenee K. Ciccarelli, Esq. (JC/0693)
Law Offices of Jenee K. Ciccarelli
111 Northfield Ave., Suite 208A
West Orange, New Jersey 07052
Phone: 973-737-6090
jenee@ciccarellilegal.com
Attorney for Debtor

Order Filed on March 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
-----------------------------------------------------------x

Shabham Shah,

Case No.: 17-24300

Honorable John K. Sherwood

Chapter 13

**ORDER**

Debtors
-----------------------------------------------------------x

**ORDER RESOLVING OBJECTION
TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 29, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtors: Shabham Shah
Case No. 17-24300
Caption: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
---------------------------------------------------------------

WHEREAS, Legend Hills Condominium Association, Inc. ("Association") through Borek & Diallo, LLC, appearing, filed an Objection to Confirmation of the Debtor's Chapter 13 Plan; and

WHEREAS this matter having come before the Court upon Confirmation Hearing on March 8, 2018, and the objection having been resolved subject to the following conditions, and NOW THEREFORE, it is ORDERED:

1. That the debtor shall pay the Association the sum of $268.37 within 10 days of the date of this order;

2. That payments in the amount of $268.37 shall be made monthly to the Association by the Debtor, no later than the fifth day of each month; if Debtor pays said amount later than the tenth day of the month, Debtor will also be responsible for late fees;

3. That the legal fees and costs associated with filing the Association's Objection will be considered post-petition legal fees and put on Debtor's account, for which Debtor will be responsible for paying pursuant to this Order;

4. Default:

    a. If the Debtor fails to make the payment specified above in paragraph (1) or fails to make any regular monthly payment specified in paragraph (2) within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Dismissing the case by filing with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.