Jenee K. Ciccarelli, Esq. (JC/0693)
Law Offices of Jenee K. Ciccarelli
111 Northfield Ave., Suite 208A
West Orange, New Jersey 07052
Phone: 973-737-6090
jenee@ciccarellilegal.com
Attorney for Debtor

**Order Filed on March 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-----------------------------------------------------------x

Shabham Shah,

Case No.: 17-24300

Honorable John K. Sherwood

Chapter 13

**ORDER**

Debtors
-----------------------------------------------------------x

**ORDER RESOLVING OBJECTION
TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 29, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtors: Shabham Shah
Case No. 17-24300
Caption: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
-------------------------------------------------------------

WHEREAS, Legend Hills Condominium Association, Inc. ("Association") through Borek & Diallo, LLC, appearing, filed an Objection to Confirmation of the Debtor's Chapter 13 Plan; and

WHEREAS this matter having come before the Court upon Confirmation Hearing on March 8, 2018, and the objection having been resolved subject to the following conditions, and NOW THEREFORE, it is ORDERED:

1. That the debtor shall pay the Association the sum of $268.37 within 10 days of the date of this order;

2. That payments in the amount of $268.37 shall be made monthly to the Association by the Debtor, no later than the fifth day of each month; if Debtor pays said amount later than the tenth day of the month, Debtor will also be responsible for late fees;

3. That the legal fees and costs associated with filing the Association's Objection will be considered post-petition legal fees and put on Debtor's account, for which Debtor will be responsible for paying pursuant to this Order;

4. Default:
    a. If the Debtor fails to make the payment specified above in paragraph (1) or fails to make any regular monthly payment specified in paragraph (2) within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Dismissing the case by filing with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Shabnam D Shah  
       Debtor

Case No. 17-24300-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 29, 2018  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.  
db            +Shabnam D Shah,    31 Legend Hills Dr,    Edgewater, NJ 07020-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                         TOTAL: 5