**Page 1**

Jenee K. Ciccarelli, Esq. (JC 0693)
Law Office of Jenee K. Ciccarelli
47 Park Ave., Suite 201B
West Orange, New Jersey 07052
973-737-9060
jenee@CiccarelliLegal.com
Attorney for Debtor

Order Filed on May 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey
---------------------------------x
In Re:                                    **Chapter 13**

                                          Case No.: 17-24300
     SHABNAM SHAH,
                                          Honorable John K. Sherwood

          Debtor
---------------------------------x

**ORDER ALLOWING SALE OF REAL PROPERTY**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Shabnam Shah
Case No. 17-24300
Caption:  **ORDER ALLOWING SALE OF REAL PROPERTY**
------------------------------------------------------------------

  This matter having come before the Court upon the debtor's Notice of Motion for an Order allowing the sale of real property, and the Court having examined the evidence presented, and for good cause shown,

  **ORDERED** The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303; and it is further

  **ORDERED** that the debtor may sell their property located at 31 Legend Hills Dr., Edgewater, NJ 07020 for $510,000.00; and it is further

  **ORDERED** that a copy of the final Closing Disclosure shall be remitted to the Chapter 13 trustee within seven (7) days of the closing of the property; and it is further

  **ORDERED** that the proceeds of the sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order; and it is further

  ORDERED In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing – Panthera Realty/Coldwell Banker and Law Office of Jenee K. Ciccarelli, ($2,800)  and it is further

**ORDERED** Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

**ORDERED** that the Debtor is permitted to retain the exempt monies from the sale in the amount up to $9,000; and it is further

ORDERED that the debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order