UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Jenee K. Ciccarelli
Jenee K. Ciccarelli, Esq.
111 Northfield Ave., Suite 208A
47 Park Ave, Suite 201B
West Orange, New Jersey 07052
Phone 973-737-9060
Fax 973-619-0023
Attorney for Debtors

**Order Filed on May 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Shabham Shah,

Debtor.

Case No.: ____17-24300_____

Chapter: ____13_____

Judge: ___Sherwood___

## ORDER AUTHORIZING RETENTION OF

_____Law Office of Jenee K. Ciccarelli_____

The relief set forth on the following page is **ORDERED**.

**DATED: May 29, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Law Office of Jenee K. Ciccarelli_____ as _____Special Counsel- Real Estate Closing_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:    _____47 Park Ave, Suite 201B_____
   _____West Orange, NJ 07052_____
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*