**Page 1**
Jenee K. Ciccarelli, Esq. (JC 0693)
Law Office of Jenee K. Ciccarelli
47 Park Ave., Suite 201B
West Orange, New Jersey 07052
973-737-9060
jenee@CiccarelliLegal.com
Attorney for Debtor

**Order Filed on May 29, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
---------------------------------x
In Re:                                    **Chapter 13**

                                          Case No.: 17-24300
     SHABNAM SHAH,
                                          Honorable John K. Sherwood

        Debtor
---------------------------------x

**ORDER ALLOWING SALE OF REAL PROPERTY**

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 29, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page 2**
Debtor: Shabnam Shah
Case No. 17-24300
Caption: **ORDER ALLOWING SALE OF REAL PROPERTY**
----------------------------------------------------------------

This matter having come before the Court upon the debtor's Notice of Motion for an Order allowing the sale of real property, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303; and it is further

**ORDERED** that the debtor may sell their property located at 31 Legend Hills Dr., Edgewater, NJ 07020 for $510,000.00; and it is further

**ORDERED** that a copy of the final Closing Disclosure shall be remitted to the Chapter 13 trustee within seven (7) days of the closing of the property; and it is further

**ORDERED** that the proceeds of the sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order; and it is further

ORDERED In accordance with D.N.J. LBR 6004-5, the Notice of Proposed Private Sale included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing – Panthera Realty/Coldwell Banker and Law Office of Jenee K. Ciccarelli, ($2,800)  and it is further

**ORDERED** Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

**ORDERED** that the Debtor is permitted to retain the exempt monies from the sale in the amount up to $9,000; and it is further

ORDERED that the debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order

United States Bankruptcy Court
District of New Jersey

In re:  
Shabnam D Shah  
     Debtor

Case No. 17-24300-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 30, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db         +Shabnam D Shah,    31 Legend Hills Dr,    Edgewater, NJ 07020-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                    TOTAL: 5