**Information to identify the case:**

Debtor 1: **Shabnam D Shah**
First Name    Middle Name    Last Name

Debtor 2 (Spouse, if filing):
First Name    Middle Name    Last Name

Social Security number or ITIN: xxx–xx–3663
EIN: _ _–_ _ _ _ _ _ _

Social Security number or ITIN: _ _ _ _
EIN: _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    District of New Jersey

Case number: 17–24300–JKS

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shabnam D Shah

10/26/18

**By the court:** John K. Sherwood
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-24300-JKS
Shabnam D Shah                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Oct 26, 2018
                              Form ID: 318             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
```
db              #+Shabnam D Shah,    31 Legend Hills Dr,    Edgewater, NJ 07020-2124
aty              +Claire M. Diallo,    Borek & Diallo, LLC,    163 Cranbury Rd.,    Ste. 200,
                   Princeton Junction, NJ 08550-1246
aty              +Kimberly Bailey Borek,    163 Cranbury Rd.,    Ste. 101,    Princeton Junction, NJ 08550-1246
sp              #+Law Office of Jenee K. Ciccarelli,    111 Northfield Avenue,    Suite 208A,
                   West Orange, NJ 07052-4730
r                +Panthera Realty,    100 Challenger Road,    Suite 307,    Ridgefield Park, NJ 07660-2119
516942593         Advanced Collections, Inc,    Po Box 6031,    Clifton, NJ 07015-6031
516942594         Asset Maximization Group, Inc,    Debt Collection Agency,    Po Box 190191,
                   South Richmond Hill, NY 11419-0191
516942595         B&B Collections Inc,    PO Box 2137,    Toms River, NJ 08754-2137
516942596         Borough of Edgewater Ambulance,    Po Box 207,    Allentown, PA 18105-0207
516942599         Celentano, Stadtmauer & Walentowicz, LLP,    Attorneys at Law,    1035 Route 46 East,
                   PO Box 2594,    Clifton, NJ 07015-2594
516942601        +Clinical Neurophysiology & Epilepsy,    725 River Road Suite 55,    Edgewater, NJ 07020-1121
516942604         East Bergen Imaging LLC,    PO Box 3221,    Indianapolis, IN 46206-3221
517163727        +Englewood Hospital & Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                   1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
516942607        +Englewood Hospital and Medical Center,    Po Box 48304,    Newark, NJ 07101-8504
516942606        +Englewood Hospital and Medical Center,    350 Engle Street,    Englewood, NJ 07631-1898
516942608        +Englewood Pathologist PA,    Po Box 3245,    Indianapolis, IN 46206-3245
516942609        +Foremost Management Corporation,    1 E Central Blvd,    Palisades Park, NJ 07650-1708
516942610        +Fusion Diagnostics Laboratorie,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
516978795        +Legend Hills Condo Assoc.,    Attn: Kimberly Bailey Borek,    163 Cranbury Rd. Ste. 101,
                   Princeton Junction, NJ 08550-1246
516942612        +Lidia Shajenko, MD,    725 River Rd Suite 55,    Edgewater, NJ 07020-1121
516942613        +MGI Financial Services, LLC,    PO Box 1326,    South Plainfield, NJ 07080-7320
516942614        +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    Po Box 5054,
                   Mount Laurel, NJ 08054-5054
516942615         RMB, Inc,    Attn: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516942617        +RWJ Rahway Workplace & Ambulatory Med,    Po Box 780651,    Philadelphia, PA 19178-0651
516942619        +RWJUH Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
516942616        +Robert Wood Johnson University at Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517126711        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516942620        +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516991744        +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516942623         Virtual Radiologic Corporation,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg               E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2018 23:14:16     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2018 23:14:14     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516942597         E-mail/Text: clientrep@capitalcollects.com Oct 26 2018 23:14:56     Capital Collections,
                   Po Box 150,    West Berlin, NJ 08091-0150
516942598        +EDI: CAPITALONE.COM Oct 27 2018 02:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                   Salt Lake City, UT 84130-0253
516942600        +EDI: CHASE.COM Oct 27 2018 02:58:00      Chase Card Services,    Attn: Correspondence,
                   Po Box 15278,    Wilmington, DE 19850-5278
516942602        +EDI: WFNNB.COM Oct 27 2018 02:58:00      Comenity Bank/Pier 1,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
516942603        +EDI: WFNNB.COM Oct 27 2018 02:58:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
516991235        +EDI: IRS.COM Oct 27 2018 02:58:00      Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
517107867         EDI: PRA.COM Oct 27 2018 02:58:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517127924         EDI: Q3G.COM Oct 27 2018 02:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
516942618        +E-mail/Text: rwjebn@rwjbh.org Oct 26 2018 23:14:47     RWJUH Rahway,    PO Box 1515,
                   Elizabeth, NJ 07207-1515
516942622        +E-mail/Text: bankruptcydepartment@tsico.com Oct 26 2018 23:14:41     Transworld Systems Inc,
                   507 Prudential Road,    Horsham, PA 19044-2308
516942624        +EDI: WFFC.COM Oct 27 2018 02:58:00      Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,
                   Des Moines, IA 50306-0438
517087911         EDI: WFFC.COM Oct 27 2018 02:58:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 14
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2018
                               Form ID: 318             Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516942611*       Internal Revenue Service,    PO Box 931000,    Louisville, KY 40293-1000
516942621*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,
                 Federal Offset Program,    PO Box 283,    Trenton, NJ 08695-0283)
516942605      ##+Emergency Physicians of Englewood, PC,    PO Box 3266,    Indianapolis, IN 46206-3266
                                                                                      TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```