**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable John K. Sherwood, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−24300−JKS | **DATE FILED::** 7/14/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Shabnam D Shah<br>xxx−xx−3663 | ADDRESS OF DEBTOR(S):<br><br>31 Legend Hills Dr<br>Edgewater, NJ 07020 |
| DEBTOR'S ATTORNEY:<br>Shabnam D Shah<br>31 Legend Hills Dr<br>Edgewater, NJ 07020 | TRUSTEE:<br>Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068−3701<br>(973) 535−1600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

4/8/19

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: January 9, 2019                                FOR THE COURT
                                                      Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:
Shabnam D Shah
    Debtor

Case No. 17-24300-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jan 09, 2019
                  Form ID: noa     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2019.

```
db              #+Shabnam D Shah,    31 Legend Hills Dr,    Edgewater, NJ 07020-2124
aty              +Claire M. Diallo,    Borek & Diallo, LLC,    163 Cranbury Rd.,    Ste. 200,
                   Princeton Junction, NJ 08550-1246
aty              +Kimberly Bailey Borek,    163 Cranbury Rd.,    Ste. 101,    Princeton Junction, NJ 08550-1246
sp              #+Law Office of Jenee K. Ciccarelli,    111 Northfield Avenue,    Suite 208A,
                   West Orange, NJ 07052-4730
r                +Panthera Realty,    100 Challenger Road,    Suite 307,    Ridgefield Park, NJ 07660-2119
516942593         Advanced Collections, Inc,    Po Box 6031,    Clifton, NJ 07015-6031
516942594         Asset Maximization Group, Inc,    Debt Collection Agency,    Po Box 190191,
                   South Richmond Hill, NY 11419-0191
516942595         B&B Collections Inc,    PO Box 2137,    Toms River, NJ 08754-2137
516942596         Borough of Edgewater Ambulance,    Po Box 207,    Allentown, PA 18105-0207
516942599         Celentano, Stadtmauer & Walentowicz, LLP,    Attorneys at Law,    1035 Route 46 East,
                   PO Box 2594,    Clifton, NJ 07015-2594
516942601        +Clinical Neurophysiology & Epilepsy,    725 River Road Suite 55,    Edgewater, NJ 07020-1121
516942604         East Bergen Imaging LLC,    PO Box 3221,    Indianapolis, IN 46206-3221
517163727        +Englewood Hospital & Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
                   1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
516942606        +Englewood Hospital and Medical Center,    350 Engle Street,    Englewood, NJ 07631-1898
516942607        +Englewood Hospital and Medical Center,    Po Box 48304,    Newark, NJ 07101-8504
516942608        +Englewood Pathologist PA,    Po Box 3245,    Indianapolis, IN 46206-3245
516942609        +Foremost Management Corporation,    1 E Central Blvd,    Palisades Park, NJ 07650-1708
516942610        +Fusion Diagnostics Laboratorie,    210 Malapardis Road,    Cedar Knolls, NJ 07927-1121
516978795        +Legend Hills Condo Assoc.,    Attn: Kimberly Bailey Borek,    163 Cranbury Rd. Ste. 101,
                   Princeton Junction, NJ 08550-1246
516942612        +Lidia Shajenko, MD,    725 River Rd Suite 55,    Edgewater, NJ 07020-1121
516942613        +MGI Financial Services, LLC,    PO Box 1326,    South Plainfield, NJ 07080-7320
516942614        +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    Po Box 5054,
                   Mount Laurel, NJ 08054-5054
516942615         RMB, Inc,    Attn: Payment Processing,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516942617        +RWJ Rahway Workplace & Ambulatory Med,    Po Box 780651,    Philadelphia, PA 19178-0651
516942619        +RWJUH Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
516942616        +Robert Wood Johnson University at Rahway,    865 Stone Street,    Rahway, NJ 07065-2742
517126711        ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516942620        +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516991744        +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516942623         Virtual Radiologic Corporation,    PO Box 371863,    Pittsburgh, PA 15250-7863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg               E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2019 23:38:17     U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2019 23:38:11     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
516942597        +E-mail/Text: clientrep@capitalcollects.com Jan 09 2019 23:39:12     Capital Collections,
                   Po Box 150,    West Berlin, NJ 08091-0150
516942598        +EDI: CAPITALONE.COM Jan 10 2019 04:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                   Salt Lake City, UT 84130-0253
516942600        +EDI: CHASE.COM Jan 10 2019 04:08:00      Chase Card Services,    Attn: Correspondence,
                   Po Box 15278,    Wilmington, DE 19850-5278
516942602        +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Pier 1,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
516942603        +EDI: WFNNB.COM Jan 10 2019 04:08:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                   Po Box 182125,    Columbus, OH 43218-2125
516991235        +EDI: IRS.COM Jan 10 2019 04:08:00      Internal Revenue Service,    PO Box 7346,
                   Philadelphia, PA 19101-7346
517107867         EDI: PRA.COM Jan 10 2019 04:08:00      Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
517127924         EDI: Q3G.COM Jan 10 2019 04:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
516942618        +E-mail/Text: rwjebn@rwjbh.org Jan 09 2019 23:39:06     RWJUH Rahway,    PO Box 1515,
                   Elizabeth, NJ 07207-1515
516942622        +E-mail/Text: bankruptcydepartment@tsico.com Jan 09 2019 23:38:56     Transworld Systems Inc,
                   507 Prudential Road,    Horsham, PA 19044-2308
516942624        +EDI: WFFC.COM Jan 10 2019 04:08:00      Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,
                   Des Moines, IA 50306-0438
517087911         EDI: WFFC.COM Jan 10 2019 04:08:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 14
```

```
District/off: 0312-2           User: admin              Page 2 of 2                  Date Rcvd: Jan 09, 2019
                               Form ID: noa             Total Noticed: 44


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516942611*       Internal Revenue Service,    PO Box 931000,    Louisville, KY 40293-1000
516942621*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,
                 Federal Offset Program,    PO Box 283,   Trenton, NJ 08695-0283)
516942605      ##+Emergency Physicians of Englewood, PC,    PO Box 3266,    Indianapolis, IN 46206-3266
                                                                                    TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NBS Specialized Loan Servicing LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee relating to
               Chevy Chase Funding LLC Mortgage Backed Certificates Series 2007-1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```