UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS LLP
75 LIVINGSTON AVE.
ROSELAND, NJ 07068
(973) 535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

Order Filed on January 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | | Case No.: | 17-24300 |
|---|---|---|---|
| SHAH, SHABNAM D | | Chapter: | 7 |
| | Debtor. | Judge: | JKS |

## ORDER AUTHORIZING RETENTION OF

### GREENBAUM ROWE SMITH & DAVIS LLP

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain ___Greenbaum Rowe Smith & Davis LLP___

as _____Attorney for Trustee_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
      The professional's address is:   75 Livingston Avenue

                                        Roseland, NJ  07068

                                        _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
      application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
      13 case. Payment to the professional may only be made after satisfactory completion of
      services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*